# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
PALMER, WESLEY R                      §   Case No. 10-38543
                                      §
          Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 11/09/2012 in Courtroom ,

          North Branch Court
          1792 Nicole Lane
          Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                          Clerk, U. S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PALMER, WESLEY R § Case No. 10-38543
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 45,001.20 |
| and approved disbursements of | $ | 20,143.99 |
| leaving a balance on hand of[1] | $ | 24,857.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 4,916.26 | $ 0.00 | $ 4,916.26 |
| Trustee Expenses: JOSEPH E. COHEN | $ 35.88 | $ 0.00 | $ 35.88 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,532.00 | $ 0.00 | $ 4,532.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $   9,484.14 |
| Remaining Balance | $  15,373.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 15,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Elisa Greenberg<br>332 Burr Oak Circle<br>Cary, IL 60013 | $ 5,000.00 | $ 5,000.00 | $ 0.00 |
| | Jones & Hart Law Offices | $ 10,000.00 | $ 0.00 | $ 10,000.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 10,000.00 |
| Remaining Balance | $ 5,373.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,937.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank, DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | $ 1,937.62 | $ 0.00 | $ 1,937.62 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,937.62 |
| Remaining Balance | $ 3,435.45 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

     To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 96.88 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

     The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,338.57 .

     Prepared By: /s/Joseph E. Cohen
                                      Trustee

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Wesley R Palmer  
    Debtor

Case No. 10-38543-ABG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: esullivan     Page 1 of 2     Date Rcvd: Oct 23, 2012  
                     Form ID: pdf006    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2012.
```
db          +Wesley R Palmer,    P.O. Box 818,    Mundelein, IL 60060-0818
16057855     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
16057856     Citi Cards,    P.O. Box 6241,    Sioux Falls, SD  57117-6241
19269735    +Elisa Greenberg,    Jeffrey G Close,   Chapman and Cutler LLP,   111 West Monroe Street,
              Chicago, IL 60603-4080
16057858    #+Elisa Greenberg,    332 Burr Oak Circle,    Cary, IL 60013-1659
16057859    +Saxon Mortgage,    C/O Codilis & Assoc.,    15W030 N. Frontage Rd.,Ste. 100,
              Burr Ridge, IL 60527-6921
16057860    #+Wells Fargo Bank,    P.O. Box 94435,    Albuquerque, NM 87199-4435
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16057857      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2012 10:07:59     Discover,    P.O. Box 15316,
              Wilmington, DE  19850-5316
18384420      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 24 2012 10:07:59
              Discover Bank, DB Servicing Corporation,    PO Box 3025,    New Albany OH  43054-3025
                                                                                             TOTAL: 2
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          John J Murray
19267969*   +Elisa Greenberg,    332 Burr Oak Circle,    Cary, IL 60013-1659
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2012**             **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: esullivan              Page 2 of 2                   Date Rcvd: Oct 23, 2012
                              Form ID: pdf006              Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2012 at the address(es) listed below:

```
              Gina B Krol     on behalf of Trustee Joseph Cohen gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Jeffrey G Close    on behalf of Creditor Elisa Greenberg jclose@chapman.com
              John J Carrozza    on behalf of Debtor Wesley Palmer john@joneshart.com,   matilda@joneshart.com
              Joseph E Cohen    on behalf of Trustee Joseph Cohen jcohenattorney@aol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,   jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
              Maria  Georgopoulos    on behalf of Creditor  Saxon Mortgage nd-four@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yan  Teytelman    on behalf of Trustee Joseph Cohen notice@billbusters.com,
               Billbusters@BestClientinc.com;law_4321@yahoo.com
                                                                                             TOTAL: 8
```