UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
PALMER, WESLEY R § Case No. 10-38543
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN _____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PALMER, WESLEY R |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Saxon Mortgage C/O Codilis & Assoc. 15W030 N. Frontage Rd.,Ste. 100 Burr Ridge, IL 60527 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank P.O. Box 94435 Albuquerque, NM 87199 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| DONALD STINESPRING & ASSOCIATES | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elisa Greenberg 12 Hampton Ct. Mundelein, IL 60060 | | | | | |
| 000002A | ELISA GREENBERG | | | | | |
| | ELISA GREENBERG | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Cards P.O. Box 6241 Sioux Falls, SD  57117-6241 | | | | | |
| | Discover P.O. Box 15316 Wilmington, DE  19850-5316 | | | | | |
| 000001 | DISCOVER BANK, DB SERVICING CORPORA | | | | | |
| | DISCOVER BANK, DB SERVICING CORPORA | | | | | |
| | ELISA GREENBERG | | | | | |
| | ELISA GREENBERG | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-38543 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | PALMER, WESLEY R | Date Filed (f) or Converted (c): 08/30/10 (f) |
| | | 341(a) Meeting Date: 10/01/10 |
| For Period Ending: | 11/18/13 | Claims Bar Date: 04/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. home - 12 Hampton Ct., Mundelein | 350,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash | 50.00 | 0.00 | | 0.00 | 0.00 |
| 3. Citibank | 400.00 | 0.00 | | 0.00 | 0.00 |
| 4. Refrigerator, stove,washer/dryer bedroom furniture | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 5. Books, pictures & collections | 35.00 | 0.00 | | 0.00 | 0.00 |
| 6. clothing | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7. Furs & jewelry | 40.00 | 0.00 | | 0.00 | 0.00 |
| 8. sports & hobby equipment | 20.00 | 0.00 | | 0.00 | 0.00 |
| 9. Electrician Union | 0.00 | Unknown | | 0.00 | Unknown |
| 10. 1999 Blazer | 900.00 | 0.00 | | 0.00 | 0.00 |
| 11. 1984 Motorcycle - Honda | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. LITIGATION (u) | 0.00 | 40,000.00 | | 45,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.20 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $353,745.00 | $40,000.00 | | $45,001.20 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING POSSIBLE INHERITANCE OWING TO DEBTOR. TRUSTEE HAS FILED A MOTION TO COMPROMISE LITIGATION FOR $45,000.00. TRUSTEE HAS SUBMITTED FINAL REPORT TO UST FOR REVIEW. FINAL REPORT HEARD AND DISTRIBUTION MADE TO CREDITORS.

Initial Projected Date of Final Report (TFR): 08/31/13    Current Projected Date of Final Report (TFR): 08/31/13

LFORM1    Ver: 17.04

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-38543 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PALMER, WESLEY R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2085  Checking Account |
| Taxpayer ID No: | *******5627 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 24,857.21 | | 24,857.21 |
| 11/09/12 | 300001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 4,916.26 | 19,940.95 |
| 11/09/12 | 300002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 35.88 | 19,905.07 |
| 11/09/12 | 300003 | Cohen & Krol | Attorney fees per court order | 3110-000 | | 3,021.34 | 16,883.73 |
| 11/09/12 | 300004 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 1,510.66 | 15,373.07 |
| 11/09/12 | 300005 | Elisa Greenberg, Trustee<br>3013 Highland Drive<br>Cary, IL 60013 | Court ordered distribution for child support | | | 10,057.20 | 5,315.87 |
| | | | Claim        10,000.00 | 5100-000 | | | |
| | | | Interest           57.20 | 7990-000 | | | |
| 11/09/12 | 300006 | Elisa Greenberg<br>3013 Highland Drive<br>Cary, IL 60013 | Claim 000002A, Payment 0.57200%<br>Child support | 7990-000 | | 28.60 | 5,287.27 |
| 11/09/12 | 300007 | Discover Bank, DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000001, Payment 100.57184% | | | 1,948.70 | 3,338.57 |
| | | | Claim         1,937.62 | 7100-000 | | | |
| | | | Interest           11.08 | 7990-000 | | | |
| 11/09/12 | 300008 | PALMER, WESLEY R<br>P.O. BOX 818<br>MUNDELEIN, IL  60060 | FUNDS RETURNED TO DEBTOR | 8200-002 | | 3,338.57 | 0.00 |

Page Subtotals        24,857.21        24,857.21

Ver: 17.04

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-38543 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PALMER, WESLEY R | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2085 Checking Account |
| Taxpayer ID No: | *******5627 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 24,857.21 | 24,857.21 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 24,857.21 | 0.00 | |
| | | | Subtotal | | 0.00 | 24,857.21 | |
| | | | Less: Payments to Debtors | | | 3,338.57 | |
| | | | Net | | 0.00 | 21,518.64 | |

Page Subtotals  0.00  0.00

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-38543 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PALMER, WESLEY R | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2170 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5627 | | | |
| For Period Ending: | 11/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/12 | 12 | DONALD STINESPRING & ASSOCIATES | Settlement of Lawsuit | 1249-000 | 45,000.00 | | 45,000.00 |
| 04/10/12 | 000301 | DONALD STINESPRING & ASSOCIATES | Attorney fees per court order | 3210-000 | | 15,000.00 | 30,000.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.24 | | 30,000.24 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,000.49 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.12 | 29,962.37 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 29,962.61 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 35.61 | 29,927.00 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 29,927.26 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.25 | 29,888.01 |
| 08/06/12 | 000302 | Elisa Greenberg<br>332 Burr Oak Circle<br>Cary, IL 60013 | Child support | 5100-000 | | 5,000.00 | 24,888.01 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.21 | | 24,888.22 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 31.01 | 24,857.21 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 24,857.21 | 0.00 |

Page Subtotals    45,001.20    45,001.20

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-38543 -ABG |
| Case Name: | PALMER, WESLEY R |
| Taxpayer ID No: | *******5627 |
| For Period Ending: | 11/18/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2170 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 45,001.20 | 45,001.20 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 24,857.21 | |
| | | | Subtotal | | 45,001.20 | 20,143.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 45,001.20 | 20,143.99 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********2085 | 0.00 | 21,518.64 | 0.00 |
| Money Market Account (Interest Earn - ********2170 | 45,001.20 | 20,143.99 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 45,001.20 | 41,662.63 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)